# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Witherwax, Tasean E. | Docket No. | 2:15CR00144-SMJ-9 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Tasean E. Witherwax, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 11th day of January 2016, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant was cited for operating a vehicle without ignition interlock, third degree driving while license suspended, and cell phone use while driving on January 28, 2016.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 4, 2016 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS
[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_/s/ [signature]_
Signature of Judicial Officer

March 7, 2016
Date